■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JONES, Appellant. [718 NYS2d 195] —Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered February 15, 1995, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that his plea was not knowing and voluntary is not preserved for appellate review (*see, People v Lopez,* 71 NY2d 662), and, in any event, is without merit. Bracken, J. P., Santucci, Altman and Florio, JJ., concur.